Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**WILLIE J. WILLIAMS,**

Plaintiff,

vs.

**Commissioner of Social Security Administration,**

Defendant.

Civil No. 6:16-CV-00966-JR

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $9691.80 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

If Plaintiff has no such federal debt, payment of $9691.80 shall be made to Plaintiff's attorneys, Drew L. Johnson, PC, and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of October 20th, 2017

_____
U.S. ~~District Judge~~/Magistrate Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
    Drew L. Johnson, OSB #75200
    Of Attorneys for Plaintiff